IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, **Plaintiff,** vs. CRAIG A. NEESVIG, SHANA NEESVIG, **Defendants.** | CV 20–127–M–DLC ORDER |

Before the Court is Plaintiffs' Joint Stipulation for Dismissal Without Prejudice. (Doc. 7.) Accordingly,

IT IS ORDERED that the above captioned case is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

DATED this 13th day of October, 2020.

_____
Dana L. Christensen, District Judge
United States District Court